**Exhibit A**

Table of Last-Observed Infringements by Defendants of Next Phase Distribution, Inc.'s Copyright in the Motion Picture "Horny Big Butt Brazilian Mothers 4," Copyright Reg. No. PA0001699500

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.49.195.82 | 2012-02-19 13:49:00 -0500 | Verizon Internet Services | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 2 | 108.49.61.15 | 2012-02-11 23:08:40 -0500 | Verizon Internet Services | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 3 | 173.166.125.177 | 2012-03-18 01:47:09 -0400 | Comcast Business Communications | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 4 | 173.48.111.141 | 2012-03-07 23:23:16 -0500 | Verizon Internet Services | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 5 | 173.76.59.125 | 2012-02-02 23:59:43 -0500 | Verizon Internet Services | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 6 | 174.62.251.1 | 2012-03-25 14:02:59 -0400 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 7 | 24.147.44.218 | 2012-02-10 05:50:33 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 8 | 24.61.8.178 | 2012-02-12 07:29:05 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 9 | 24.62.112.182 | 2012-03-04 11:54:34 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 10 | 50.133.250.242 | 2012-02-28 07:25:25 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 11 | 50.78.15.29 | 2012-03-07 11:23:18 -0500 | Comcast Business Communications | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 12 | 65.96.156.66 | 2012-03-12 18:57:25 -0400 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 13 | 66.30.126.163 | 2012-03-24 14:59:17 -0400 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 14 | 66.30.254.11 | 2012-02-29 07:40:29 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 15 | 67.189.148.60 | 2012-03-23 06:32:24 -0400 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 16 | 71.174.169.106 | 2012-02-25 13:33:29 -0500 | Verizon Internet Services | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 17 | 71.192.126.58 | 2012-03-17 00:59:44 -0400 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 18 | 71.192.65.27 | 2012-01-27 01:25:23 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 19 | 71.192.83.213 | 2012-02-13 17:03:57 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 20 | 71.233.4.101 | 2012-02-08 07:43:04 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 21 | 72.74.48.180 | 2012-03-26 17:38:54 -0400 | Verizon Internet Services | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 22 | 75.69.149.136 | 2012-02-27 10:31:56 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 23 | 76.118.179.224 | 2012-01-22 13:48:48 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 24 | 76.119.39.161 | 2012-03-24 15:18:31 -0400 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 25 | 76.19.206.35 | 2012-01-22 12:29:05 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 26 | 76.19.25.225 | 2012-02-06 14:08:04 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 27 | 76.19.27.69 | 2012-02-18 17:11:05 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |

| Doe 28 | 76.19.88.17 | 2012-02-24 21:31:49 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 29 | 96.252.42.204 | 2012-02-25 01:50:34 -0500 | Verizon Internet Services | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |
| Doe 30 | 98.229.147.190 | 2012-02-29 19:50:53 -0500 | Comcast Cable | BitTorrent | 3c168e20a6f9a75417026f6127c632c6a5f5c592 |