UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NEXT PHASE DISTRIBUTION, INC.**

*Plaintiff,*

v.

**DOES 1 – 30,**

*Defendants.*

*Case No.*: **1:12-cv-10817**

**PLAINTIFF'S REQUEST FOR DEFAULT ORDER**

NOW COMES the above-named Plaintiff, Next Phase Distribution, Inc., and hereby submits this Request for Default Order against Defendant, Mbiti Pierre, pursuant to Fed. R. Civ. P. 55(a) with respect to Plaintiff's complaint for copyright infringement against Defendant.

IN SUPPORT THEREOF, Plaintiff states as follows:

(1) Plaintiff filed a complaint for copyright infringement against Defendant Mbiti Pierre arising under the Copyright Act of 1976, 17 U.S.C. §§ 101, et. seq.

(2) On November 6, 2012, Plaintiff's process server attempted to deliver the summons and complaint in this action to the Defendant at the Defendant's home address: 2 Franklin Court, Malden, MA, 02148.  Process server was unsuccessful to serve to someone of suitable age and discretion who resides there.

(3) On November 7, 2012, the server was able to deliver summons and complaint in this action to the Defendant in person.  The service was made at 114 Merrimac Street, Newburyport, MA.

(4) On December 5, 2012, Plaintiff filed its return of service of process with this Court.

(5) As of the date of this Request for Default (December 5, 2012), Defendant **has failed** to

serve a responsive pleading or otherwise defend in this matter within the time period prescribed by Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

WHEREFORE, pursuant to Fed. R. Civ. P. 55(a), the Plaintiff respectfully requests that this Honorable Court enter a Default Order against the Defendant, Mbiti Pierre.

*Dated*: December 5, 2012,

*Respectfully submitted*,

Marvin Cable, BBO#:  680968
Law Offices of Marvin Cable
P.O. Box 1630
Northampton, MA 01061
E: law@marvincable.com
P: (413) 268-6500
F: (888) 691-9850

ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants, including to 2 Franklin Court , Malden, MA, 02148.

Marvin Cable, Esq.