# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__Next Phase Distributions, Inc.__

              **Plaintiff**

              V.

__Does__

              **Defendant**

CIVIL ACTION

NO. __12-10817-__ RGS

## NOTICE OF DEFAULT

Upon application of the Plaintiffs, __Next Phase Distribution__ for an order of Default for failure of the Defendant, __Mbiti Pierre__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __17th__ day of __December__.

                        SARAH A. THORNTON
                        CLERK OF COURT

              By: __/s/ Elaine Flaherty__

                    Deputy Clerk

**Notice mailed to:**