UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NEXT PHASE DISTRIBUTION, INC.**<br><br>*Plaintiff,*<br><br>v.<br><br>**DOES 1 – 30,**<br><br>*Defendants.* | *Case No.:* **1:12-cv-10817-RGS** |

### PLAINTIFF'S RESPONSE TO COURT

During the hearing held before Judge Richard G. Stearns, on February 1, 2013, Plaintiff was asked to submit to the Court a copy of the "embarrassment letter" sent to defendant, with the name and contact information of the recipient redacted.

As requested, Plaintiff hereby submits Exhibit A, a true and correct copy of the "embarrassment letter" sent to defendant, with the name and contact information of the recipient redacted.

*Dated*: February 8, 2013

Respectfully submitted,

Marvin Cable, BBO#:  680968
Law Offices of Marvin Cable
P.O. Box 1630
Northampton, MA 01061
E: law@marvincable.com
P: (413) 268-6500
F: (888) 691-9850

ATTORNEY FOR PLAINTIFF

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on February 8, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

Marvin Cable, Esq.