# LAW OFFICES OF
# MARVIN CABLE

P.O. BOX 1630  NORTHAMPTON, MA 01061
**(413) 268-6500** - PHONE & FAX
MARVINCABLE.COM

November 13, 2012

*Privileged and Confidential*

Re: Submission under seal

Dear ▬▬▬▬▬▬

This office represents Next Phase Distribution, Inc.
Recently, you were served with a summons regarding my client's
lawsuit.

I am inquiring as to whether you would agree with
submitting documents to the Court in a way that would protect
your name and identity. I would like to submit documents under
seal, specifically an amended complaint and the proof of
summons. Let me know if that is okay with you.

Sincerely,

Marvin Cable
*Attorney at Law*